# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **ELIZABETH E. LYALL,** | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:13cv00031 |
| | ) | **JUDGMENT** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of** | ) | |
| **Social Security,** | ) | By:   PAMELA MEADE SARGENT |
| Defendant | ) | United States Magistrate Judge |

In accord with the Order entered in this matter today, it is **ADJUDGED AND ORDERED** that final judgment is **GRANTED** to the Commissioner of Social Security, the defendant.

The Clerk is directed to close the case.

ENTER:    November 13, 2014.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE